IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 4:24CR72-3 (RCY) |
| ) | |
| ERIC RANDY DAVIS, ) | |
| Defendant. ) | |
| ) | |

**ORDER**

This case is before the Court on Defendant's Motion to Continue Sentencing Hearing ("Motion") (ECF No. 149). Defense counsel, Jose E. Aponte, has requested a continuance of the Defendant's Sentencing Hearing based on the filing of additional victim impact statements and his need to meet with the Defendant prior to the final disposition of this case. Mr. Aponte represents that the United States does not oppose its continuance request.

Having considered the Motion and for good cause shown, Defendant's Motion (ECF No. 149) is GRANTED. The Sentencing Hearing set to begin on September 23, 2025, at 11:00 A.M. is CONTINUED. The parties are DIRECTED to contact the courtroom deputy of the undersigned within seven (7) days of the date of this Order to set a new date for sentencing.

Let the Clerk send a copy of this Order to all counsel of record and United States Probation Officer Diane DeLuca.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: September 22, 2025